IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVANNAH D. BYERS, *Individually and as Administratrix of the Estate of ERIC S. BYERS, deceased*, et al., <br> Plaintiffs, <br><br> v. <br><br> FINISHING SYSTEMS, INC., *et al.*, <br> Defendants. | CIVIL ACTION <br> No. 20-3207 |

## ORDER

**AND NOW**, this 8th day of October, 2020, upon review of all pending motions in this matter, as well as all oppositions and replies thereto, it is hereby **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1404(a), it is in the interest of justice and best interest of the parties that this case be **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania; and

2. All motions in this matter are to be addressed by the United States District Court for the Middle District of Pennsylvania.

                                                   **BY THE COURT:**

                                                   /s/ Jeffrey L. Schmehl
                                                   Jeffrey L. Schmehl, J.